1  Faye L. Tomlinson
   Robert J. Carlson
2  Gregory F. Wesner
3  CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
   1420 Fifth Avenue, Suite 2800
4  Seattle, Washington 98101-2347
5  Tel:    206.682.8100
   Fax:    206.224.0779
6

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 3 1 2003

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

7

8

9

10              UNITED STATES DISTRICT COURT
11        EASTERN DISTRICT OF WASHINGTON AT SPOKANE

12  Prod, Inc., an Idaho corporation,          No. _____

                      Plaintiff,              COMPLAINT
13
                                              CS-03-0026-AAM
14                    v.

15  Soil Spray Aid, Inc., a Washington corporation,

16                    and

17  William S. Johnson, an individual residing in
    Washington,
18
                      Defendants.
19

20                  **I.    INTRODUCTION**

21        Plaintiff, Prod, Inc. ("Prod") hereby respectfully files this Complaint for violation of

22  the federal Lanham Act (15 U.S.C. § 1125, *et seq.*), and related state causes of action against

23  Defendants Soil Spray Aid, Inc., and William S. Johnson (collectively "Defendants"), and

24  alleges the following:

25

26

COMPLAINT - 1
PROD\2383 COMPLAINT REV. 1.DOC
01/29/03 4:28 PM

ORIGINAL

01/29/03 4:28 PM

## II.    THE PARTIES

1.    Plaintiff Prod, Inc. is an Idaho corporation with offices at 1605 Lemhi Drive, Moscow, Idaho 83843.  Prod, Inc. provides agricultural products, including its flagship product, "Seed Prod+" which is widely used as a seed application to promote germination. Prod, Inc. has been incorporated since October 1, 1990, is of good name, credit, and reputation and enjoys the esteem and good opinion of the business community, professional associations, and others who know it.

2.    Upon information and belief, Defendant Soil Spray Aid, Inc. ("SSA") is a Washington corporation with offices at 2196 Stoneridge Road, N.E., Moses Lake, Washington 98837 (Grant County).   SSA is a direct competitor of Prod, Inc. in the agricultural products business.

3.    Upon information and belief, Defendant William S. Johnson ("William Johnson") is a resident of Grant County, Washington, and may be served at the offices of SSA, located where indicated above.

## II.    JURISDICTION AND VENUE

4.    This is an action arising under the Trademark Act of 1946 (15 U.S.C. § 1051 *et seq.*), the laws of the State of Washington, and the common law.  This Court has jurisdiction pursuant to 15 U.S.C. § 1121 (actions arising under the Lanham Act), 28 U.S.C. § 1338 (acts of Congress relating to trademarks and unfair competition), and 28 U.S.C. § 1367 (supplemental jurisdiction over related state law claims).

5.    In addition, this court has jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), as the amount in controversy exceeds the sum or value of $75,000.

6.    Venue is proper in this judicial district under 28 U.S.C. § 1391.

### III.    FACTUAL HISTORY OF THE *SEED PROD+* MARK AT ISSUE

7.    Prod, Inc. was formed on October 1, 1990, as the successor corporation to Johnson 3, Inc. (J3). On that date Defendant William Johnson was made Vice-President to Prod, Inc., and assumed the privileges and duties associated with his status as a corporate officer.

8.    As of the date Prod, Inc. was formed, its three principals, the brothers Robert L. Johnson, Ronald M. Johnson, and Defendant William Johnson had each of them been active in their own enterprises and in combination with one-another in the agricultural products industry. One reason the three decided to incorporate as Prod, Inc., was to coordinate their marketing efforts to build market share.

9.    After the formation of Prod, Inc., the company began to consolidate its marks so that many of them used the term "Prod" as the dominant portion of the mark, *i.e.*, SEED PROD, CROP PROD, and ROW PROD, to name a few.

10.    Prod, Inc. began using the mark SEED PROD PLUS for agricultural products in approximately 1997. In 1998, Prod, Inc. shortened and refined the mark into its present form as SEED PROD+. SEED PROD PLUS and SEED PROD+ both enjoy widespread recognition in the states of Washington, Idaho, Oregon, Montana, North Dakota, Nevada and elsewhere.

11.    On or about October 6, 2000, Prod, Inc. entered into an agreement with the agribusiness giant Wilbur-Ellis wherein Wilbur-Ellis would become the exclusive distributor for Prod, Inc.'s SEED PROD+. That agreement contains a "best efforts" sales clause. This potentially very lucrative agreement was entered into during Defendant William Johnson's tenure as Vice-President of Prod, Inc.

12.    In February 2002, Defendant William Johnson left Prod, Inc. to pursue his own ventures. It has very recently come to light that Defendants SSA and William Johnson have purported to register the SEED PROD+ trademark in various states, and to claim Defendant SSA's exclusive right to use the mark. These and other acts by the Defendants give rise to this dispute.

## IV.    DEFENDANT'S FALSE, MISLEADING AND DEFAMATORY ACTS

13.    Within the past 45 days, Prod, Inc. has learned that Defendants SSA and William Johnson have purported to register the mark SEED PROD+ in the States of Washington, Idaho, and Nevada, listing "Soil Spray Aid, Inc." as the registrant in each such purported state registration. There is no record of a Washington State registration for SEED PROD+. *See,* Thompson & Thompson search report results, comprising part of Exhibit "A", attached hereto. The Nevada and Idaho purported registrations claim exclusive first use dates in 1992, during which time Defendant William Johnson was Vice-President of Prod, Inc. *Id.*

14.    It is now apparent that Defendant William Johnson engaged in other acts while serving as a corporate officer of Prod, Inc. that were inconsistent with his duty of care as a fiduciary. He personally profited from business opportunities that he unlawfully diverted from Prod, Inc.

15.    What is more, on December 9, 2002, Defendants' agent, the Dano Law Firm, drafted a letter on behalf of Defendant SSA and published it to Wilbur-Ellis and other Prod, Inc. customers. This letter intentionally and willfully misstates facts and law. The letter's purpose, apparent from the text reproduced below, was to unlawfully defame Prod, Inc., and to divert business from Prod, Inc. to the Defendant SSA. The December 9 letter contains the following

defamatory, injurious, and demonstrably false claims:

> We are the attorneys for Soil Spray Aid, Inc. ("Soil Spray"), whose principal offices are located in Moses Lake, Washington.

> Soil Spray is the manufacturer of Seed Prod+, a specialized seed treatment product, and are the owners of the trademark "Seed Prod+", which is trademarked in the States of Washington, Idaho, and Nevada.

> It is unlawful, without the consent of Soil Spray, for any person or entity to manufacture, use, display, or sell any seed treatment product either advertised as Seed Prod+ or bearing that name on its container or packaging or a colorable imitation thereof.

> If you are engaged in any such practices, demand is hereby made upon you to cease doing so immediately.

> Very truly yours,

> /S

> DANO LAW FIRM, P.S.

December 9, 2002, letter from Brian J. Dano, Esq., and the Dano Law Firm, to Wilbur-Ellis, *et al.*, copying Defendant Soil Spray Aid, Inc. Attached hereto as Exhibit "B".

16.    On information and belief, the December 9, 2002, letter was sent under the auspices of a law firm licensed to deliver legal services in Washington State, and was sent as part of a conspiracy, joined by all Defendants and formed for the purpose of unlawfully depriving Prod, Inc. of valuable business opportunities.

17.    On information and belief, the potential business relationship between Prod, Inc., and Wilbur-Ellis, alone, is worth approximately $700,000 per year.

18.    On information and belief, Defendants knew as of the date of the December 9, 2002, letter from the Dano Law Firm to Wilbur-Ellis, that Prod, Inc. was the exclusive supplier

COMPLAINT - 5
PROD\2383 COMPLAINT REV. 1.DOC
01/29/03 4:28 PM

of SEED PROD+ to Wilbur-Ellis.  Thus, Defendants' December 9 letter was deliberately intended to disparage and defame Prod, Inc.

19.    On information and belief, since the date of the December 9, 2002, letter, Defendants have had further contact with Wilbur-Ellis and other Prod, Inc. customers, have claimed exclusive right to the mark SEED PROD+ and/or the mark SEED PROD PLUS, and otherwise attempted to undermine Prod, Inc.'s business relationships.

20.    On December 17, 2002, counsel for Prod, Inc. sent to the Dano Law Firm, by facsimile and First Class Mail notice that Defendants' December 9, 2002, letter to Wilbur-Ellis and other Prod, Inc. customers misstated obvious facts and law. *See*, attached Exhibit "A".  The December 17 letter requested that Defendants make a retraction of the statements in their December 9 letter, and requested a response by December 22, 2002.  To date, neither Plaintiff nor its counsel have received any communication whatsoever from any Defendant.

21.    There being no other recourse to correct this harm, Plaintiff herewith initiates this action.

## COUNT I:    FEDERAL LANHAM ACT VIOLATION

22.    Plaintiff adopts and realleges the allegations set forth in Paragraphs 1 through 21 as if fully set forth herein.

23.    Defendants' activities described herein constitute a false or misleading representation of fact, false description and/or misleading representation stating that Defendant SSA owns exclusive trademark rights that all Defendants know, or should know, that SSA does not rightfully possess, in violation of 15 U.S.C. § 1125(a), Section 43(a) of the Lanham Act.

COMPLAINT - 6
PRODI2383 COMPLAINT REV. 1.DOC
01/29/03 4:28 PM

## COUNT II:    DEFAMATION

24.    Plaintiff adopts and realleges the allegations set forth in Paragraphs 1 through 23 as if fully set forth herein.

25.    Defendants knew the good name, credit, and reputation of Plaintiff. Nevertheless, Defendants composed and sent a false and defamatory letter to Wilbur-Ellis and other Prod, Inc. customers.    In that letter, Defendants intentionally and maliciously made false, scandalous, and defamatory statements intending to injure Plaintiff and to bring Plaintiff into public scandal and disgrace.    These false and defamatory statements impute unethical business practices (use of trademarks without right), and were intentionally designed to divert business opportunities from Plaintiff to Defendants acting in concert.

26.    Contrary to the allegations within Defendants' December 9, 2002, letter, none of the Defendants have exclusive trademark rights in the SEED PROD+ mark.

27.    Defendants' statements are libelous *per se* because they make charges in reference to Plaintiff's trade, business, office, and profession.

28.    Defendants made the foregoing statements maliciously and with knowledge that they were false.    In the alternative, Defendants made the statements in reckless disregard for the truth and with serious doubt as to their accuracy.    Defendants' conduct was willful, intentional, malicious, wanton, and reckless in that it defamed Plaintiff by the publication of untrue accusations that caused great harm to Plaintiff's existing and potential business relationships.

29.    As a direct and proximate result of Defendants' defamatory statements, Defendants injured Plaintiff's good name, credit, and reputation and brought Plaintiff into public scandal and disgrace.    Defendants' statements have resulted in further injury to Plaintiff

in that Plaintiff has sustained damages to its business reputation and goodwill including, but not limited to loss of reputation, loss of business, and loss of business opportunity, for which it is entitled to recover. Defendants' false statements were all the more injurious to Plaintiff because they were deliberately directed to Plaintiff's most valuable customers.

30.    Plaintiff served a notice in writing on Defendant, specifying the article and the statements therein that are false and defamatory and requesting a retraction. A copy of the letter is referenced above and attached hereto as Exhibit "A." As of the filing of this action, no such retraction has been made.

## COUNT III:  TORTIOUS INTERFERENCE WITH

## BUSINESS EXPECTANCY

31.    Plaintiff adopts and realleges the allegations set forth in Paragraphs 1 through 30 as if fully set forth herein.

32.    Plaintiff had a legitimate business expectation to participate in and to develop goodwill and business opportunities through its existing relationship with Wilbur-Ellis and other customers, and enjoyed widespread recognition as a source for the goods associated with the SEED PROD+ mark.

33.    Defendants had knowledge of Plaintiff's expectancy, and their conduct, as described in the preceding paragraphs of this Complaint, was intentional, willful, motivated by an improper objective to damage Plaintiff's business reputation and good name within the community, and accomplished by improper means − the circulation of a defamatory letter to Plaintiff's existing customers, and potential customers.

34.    As a direct result of Defendants' intentional interference, Wilbur-Ellis, and other customers, have expressed concern that the SEED PROD+-marked goods supplied to

COMPLAINT - 8
PROD\2383 COMPLAINT REV. 1.DOC
01/29/03 4:28 PM

them by Plaintiff are not genuine.

35.    As a direct and proximate result of Defendants' intentional interference, Defendants injured Plaintiff's good name, credit, and reputation and brought Plaintiff into public scandal and disgrace. Defendants' interference has resulted in further injury to Plaintiff in that Plaintiff has sustained damages to its business reputation and goodwill including, but not limited to loss of reputation, loss of business, and loss of business opportunity for which it is entitled to recover.

### COUNT IV:  CONSPIRACY

36.    Plaintiff adopts and realleges the allegations set forth in Paragraphs 1 through 35 as if fully set forth herein.

37.    Defendant's actions were jointly orchestrated in a conspiracy to deprive Plaintiff of valuable business opportunities, and to divert such business opportunity from Plaintiff to Defendants, or some of them.

38.    Defendant's actions rise to the level of common law conspiracy, and Defendants should be held jointly and severally liable for the harm to Plaintiff their actions have caused.

### COUNT V:   BREACH OF CORPORATE FIDUCIARY DUTY – VIOLATION OF THE CORPORATE OPPORTUNITY DOCTRINE

39.    Plaintiff adopts and realleges the allegations set forth in Paragraphs 1 through 38 as if fully set forth herein.

40.    Defendant William Johnson was a Vice-President and a corporate officer of Prod, Inc. from October 1, 1990 until February 2002. During his tenure as a corporate officer, Defendant William Johnson will be held to the standard of a fiduciary with respect to Prod,

Inc.

41.    Defendant William Johnson has breached his duty as a fiduciary to Prod, Inc., and has violated the Corporate Opportunity Doctrine by claiming to have acquired trademark rights in marks that were developed and used by Prod, Inc., during Defendant William Johnson's tenure with Prod, Inc. Prod, Inc. has been harmed thereby.

42.    During his tenure as a corporate officer of Prod, Inc., Defendant William Johnson also diverted valuable business opportunities from Prod, Inc. to himself or to entities from which he profited. Prod, Inc. was harmed thereby.

## COUNT VI:  VIOLATION OF THE WASHINGTON CONSUMER PROTECTION ACT

43.    Plaintiff adopts and realleges the allegations set forth in Paragraphs 1 through 42 as if fully set forth herein.

44.    Defendants, or some of them, have engaged in unfair or deceptive practices in the realm of commerce, and caused damage to Plaintiff. The public has been deceived as part of Defendants' actions designed to misrepresent the validity of Plaintiff's right to market SEED PROD+.

45.    Defendants' activities described herein constitute unfair business practices and unfair competition in violation of the Washington State Consumer Protection Act, R.C.W. § 19.86.020.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following alternative and cumulative relief:

(1) For judgment against Defendants on each of the above Counts;

(2) For orders preliminarily and permanently enjoining Defendants from making further defamatory statements regarding Plaintiff and from tortiously interfering with Plaintiff's business relationships and prospective business relationships;

(3) That Defendants be ordered to deliver to all recipients of the December 9, 2002, letter attached hereto an apology and acknowledgment that the matters alleged therein were and are false;

(4) That Plaintiff be awarded compensatory, special, and general damages, plus interest;

(5) That Plaintiff be awarded costs of court and its attorneys' fees;

(6) That Defendants be held jointly and severally liable for all damages to Plaintiff, as well as costs and attorneys' fees; and

(7) That Plaintiff be awarded such other and further relief as this Court deems just and proper.

Dated this 29 day of January, 2003.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC

Robert J. Carlson, WSBA No. 18,455
Faye L. Tomlinson, WSBA No. 14,067
Gregory F. Wesner, WSBA No. 30,241
Attorneys for Plaintiff Prod, Inc.

COMPLAINT - 11
PRODI2383 COMPLAINT REV. 1.DOC
01/29/03 4:28 PM

# EXHIBIT A



**CHRISTENSEN O'CONNOR JOHNSON KINDNESS**.℠

Law Offi

Intellectual Property Law
and Related Litigation

1420 Fifth Avenue, Suite 2800
Seattle, Washington 98101-2347

206.682.8100 *phone*
206.224.0779 *fax*
www.cojk.com

December 17, 2002

**VIA FACSIMILE -- ORIGINAL MAILED**
Facsimile No. (509) 766-0087

Brian J. Dano, Esq.
100 E. Broadway Ave. / P.O. Box 1159
Moses Lake, Washington 98837

   Re: Prod, Inc. v. Soil Spray Aid, Inc.
     Mark: "Seed Prod+"
     Our Reference: PROD-5

Dear Mr. Dano:

This firm represents Prod, Inc., in intellectual property matters. Your December 9, 2002, correspondence to Prod, Inc., on behalf of your client, Soil Spray Aid, Inc. ("SSA") has been referred to our firm for a response.

I understand that you or your client have published the December 9 letter, or a similar "warning letter," to one or more clients of Prod, Inc. These warning letters misstate obvious facts, fundamental principles of trademark law, and are *per se* defamatory. Accordingly, you are hereby instructed to cease all further distribution of such warning letters. Furthermore, you must, within 5 business days of your receipt of this letter, provide me with a copy of each and every such warning letter sent to any third party. You will be required to send to each of the warning letter recipients correspondence in the form of the attached "retraction letter." Your failure to comply with this request will result in prompt legal action and could expose your client to substantial damages for defamation, tortious interference with contract, and unfair business practices. These causes of action allow for the award of attorneys' fees and treble damages.

Out of professional courtesy, I am going to assume that you have not been made fully aware of the facts of this case. If I am wrong, and you published the warning letters to Prod, Inc.'s clients with full knowledge of the facts, you may be in violation of RPC 4.1 and should prepare yourself accordingly.

Simply put, you are alleging, in error, that SSA has the exclusive right to use the name and mark "Seed Prod+." As the basis for SSA's exclusive claim of right, you assert that the mark is "trademarked in the States of Washington, Idaho, and Nevada." Attached for your consideration please find a trademark search report showing that:

   Soil Spray Aid, Inc., purported to register the mark "Seed Prod+" in Nevada on July 2, 2002, claiming a first date of use in Nevada of 1992.

WESNERG\DANO.DOC

Brian J. Dano, Esq.
December 17, 2002
Page 2

Soil Spray Aid, Inc., purported to register the mark "Seed Prod+" in Idaho on July 8, 2002, claiming a first date of use in Idaho of 1992.

Your client's president, William S. Johnson, was a vice-president of Prod, Inc., from approximately October 1990 until February 2002. As vice-president of Prod, Inc., Mr. Johnson will be held to the standard of a fiduciary with respect to Prod, Inc.'s assets, including its trademark, trade name, and goodwill assets. SSA's Nevada and Idaho trademark registrations, on their face, claim dates of exclusive use that substantially overlap with Mr. Johnson's tenure as vice-president of Prod, Inc. In short, Mr. Johnson's claim regarding SSA's dates of use directly conflicts with Mr. Johnson's duties to Prod, Inc. As I mentioned before, I will assume, out of professional courtesy, that this is news to you.

Prod, Inc., has continually used the name and mark "Seed Prod" in Washington, Idaho, Oregon, Montana, North Dakota, and elsewhere, for at least 10 years. Further, Prod, Inc. has continually used the name and mark "Seed Prod Plus" in these states for approximately 6 years, and the name and mark "Seed Prod+" in these same states for approximately 5 years. Various entities have used the mark "Seed Prod+" in Nevada, and SSA has no exclusive rights there. As a former vice-president of Prod, Inc., William S. Johnson, is in a unique position to know this. Even if SSA's purported trademark registrations were valid, under blackletter principles of trademark law, Prod, Inc. is entitled to a geographic scope of use equal to the broadest scope of use prior to the effective date of SSA's registrations, based on Prod, Inc.'s common law use of the mark. So, even if SSA's registrations were valid, Soil Spray would have no basis for claiming the exclusive right to use the mark.

According to the Thompson & Thompson search we conducted, a copy of which is attached, there is no registration for "Seed Prod+" in Washington State. If there is indeed no Washington registration, your allegation regarding trademark in Washington would be *per se* false and misleading, and to the extent it has been published to third parties, defamatory as well. If a Washington registration does exist, I can only assume it is as flawed as the Idaho and Nevada registrations. And, because Prod, Inc., has continually used the mark "Seed Prod+" in Washington since at least 1997, Prod, Inc. is fully entitled to use "Seed Prod+" in Washington.

Brian J. Dano, Esq.
December 17, 2002
Page 3

In conclusion, SSA has no legal basis for asserting the exclusive right to use the "Seed Prod+" mark in Washington, Idaho, or Nevada. As I mentioned above, you have five days to respond. Please include our above-referenced file number in all correspondence regarding this matter.

Very truly yours,

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

Gregory F. Wesner
Direct Dial No. 206.695.1732
E-Mail Address: wesnerg@cojk.com

GFW:SLJ
Enclosures:
    Retraction letter
    Thompson & Thompson search report

cc: Prod., Inc.
    Faye L. Tomlinson

WESNERG\DANO.DOC

Brian J. Dano, Esq.
December 17, 2002
Page 4


**VIA FACSIMILE – ORIGINAL MAILED**
Fax No.


[ADDRESS BLOCK]


Re:      Retraction of exclusive claim to use "Seed Prod+" trademark


Dear _____:


Recently, this firm sent to you correspondence indicating that Soil Spray Aid, Inc. ("SSA"), of Moses Lake, Washington, possesses the sole right to use the trademark "Seed Prod+" for seed treatments. On further investigation, I have determined this to be incorrect.

In fact, SSA does *not* own the exclusive right to use the trademark "Seed Prod+." Other authorized users of the trademark include Prod, Inc., ASLM, and R&A Plant Soil, Inc. You should feel free to continue to purchase and use products from these suppliers bearing the "Seed Prod+" trademark.

I apologize for any inconvenience that my earlier communication may have caused. If you have any questions, please feel free to contact me.

Very truly yours,




Brian J. Dano, Esq.
Attorney for Soil Spray Aid, Inc.

# *U.S. State Trademark Applications/Registrations*
# *Company: Soil Spray Aid, Inc.*
# *December 11, 2002 (GCA)*

File 246:TRADEMARKSCAN(R)-U.S. State  2002/Dec 09
    (c) 2002 Thomson & Thomson

? S CO=SOIL SPRAY
    S1    0  CO=SOIL SPRAY
? S OW=SOIL SPRAY
    S2    0  OW=SOIL SPRAY
? E CO=SOIL SPRAY

Ref  Items  Index-term
E1    2 CO=SOIL SEAL CORPORATION
E2    1 CO=SOIL SOLUTIONS
E3    0 *CO=SOIL SPRAY
E4    13 CO=SOIL SPRAY AID INC.
E5    5 CO=SOIL SPRAY AID, INC.
E6    1 CO=SOIL TESTING ENGINEERS, INC.
E7    1 CO=SOIL TESTING ENGINEERS,INC.
E8    1 CO=SOIL-OFF MANUFACTURING CO.
E9    7 CO=SOILEAU
E10    1 CO=SOILEAU INDUSTRIES, ICN.
E11    1 CO=SOILEAU INDUSTRIES, INC.
E12    1 CO=SOILES

    Enter P or PAGE for more
? S E4:E5
    S3    18 CO='SOIL SPRAY AID INC.':CO='SOIL SPRAY AID, INC.'
? SORT S3/ALL/TX,A
    S4    18 Sort S3/ALL/TX,A
? T S4/9/ALL

**18 Records containing the company name Soil Spray Aid, Inc.:**

 **4/9/1**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

    01428740
**CROP PROD**
        T&T INTL CLASS:  31 (Natural Agricultural Products)
        T&T U.S. CLASS:  1 (Raw Or Partly Prepared Materials)
               46 (Foods & Ingredients of Foods)
        STATE: Washington
        STATUS: Registered
        GOODS/SERVICES: Not Available
        REG. NO.: 30,685
        REGISTERED: June 14, 2002
        FIRST USE IN STATE: 1982

FIRST USE ANYWHERE: 1982
REGISTRANT(S): **SOIL SPRAY AID, INC.**, (A Corporation), 2196
    STONERIDGE ROAD, MOSES LAKE, WA (Washington), 98837
    Telephone: 509-765-4811
MANNER OF DISPLAY: USED ON NAME OF PRODUCT FOR MARKETING, ON
    CONTAINER OF BAGS, GALLONS, LABELS IN REFERENCE OF PRODUCT NAME


**4/9/2**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.


    01285825
**D PROD**
    T&T INTL CLASS:  31 (Natural Agricultural Products)
    T&T U.S. CLASS:   1 (Raw Or Partly Prepared Materials)
            46 (Foods & Ingredients of Foods)
    STATE: Washington
    STATUS: Registered
    GOODS/SERVICES: Not Available
    REG. NO.: 27,096
    REGISTERED: May 26, 1998
    FIRST USE IN STATE: 1996
    REGISTRANT(S):  **SOIL SPRAY AID INC.**, (A Washington Corporation),
    2196 STONERIDGE RD., MOSES LAKE, WA (Washington), 98837
    Telephone: 509-765-4611
    MANNER OF DISPLAY: USED AS NAME OF A PRODUCT FOR MARKETING


**4/9/3**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.


    01285830
**GARDEN PROD**
    T&T INTL CLASS:  31 (Natural Agricultural Products)
    T&T U.S. CLASS:   1 (Raw Or Partly Prepared Materials)
            46 (Foods & Ingredients of Foods)
    STATE: Washington
    STATUS: Registered
    GOODS/SERVICES: Not Available
    REG. NO.: 27,101
    REGISTERED: May 26, 1998
    FIRST USE IN STATE: 1998
    REGISTRANT(S): **SOIL SPRAY AID INC.**, (A Washington Corporation),
    2196 STONERIDGE RD., MOSES LAKE, WA (Washington), 98837
    Telephone: 509-765-4611
    MANNER OF DISPLAY: USED AS NAME OF PRODUCT FOR MARKETING

4/9/4
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

    01434611
**GERM-N-8**
        T&T INTL CLASS:   1 (Chemicals)
                5 (Pharmaceuticals)
        T&T U.S. CLASS:   1 (Raw Or Partly Prepared Materials)
                5 (Adhesives)
                6 (Chemicals & Chemical Compositions)
                10 (Fertilizers)
                18 (Medicines & Pharmaceutical Preparations)
        STATE: Nevada
        STATUS: Registered
        GOODS/SERVICES: SEED TREATMENT PRODUCT
        REGISTERED: August 6, 2002
        FIRST USE IN STATE: January 5, 2000
        FIRST USE ANYWHERE: December 1999
        FILING BOOK: 34 page 930
        REGISTRANT(S): **SOIL SPRAY AID, INC.** , (A Washington Corporation)
        , 2196 STONERIDGE RD., MOSES LAKE, WA (Washington), 98837
        MANNER OF DISPLAY: TO TAGS OR LABELS AFFIXED TO THE GOODS TO TAGS
        OR LABELS AFFIXED TO THE CONTAINERS FORTHE GOODS


4/9/5
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

    01343000
**GERM-N-8**
        T&T INTL CLASS:  31 (Natural Agricultural Products)
        T&T U.S. CLASS·  1 (Raw Or Partly Prepared Materials)
                46 (Foods & Ingredients of Foods)
        STATE: Washington
        STATUS: Registered
        GOODS/SERVICES: SEED TREATMENT
        REG. NO.: 28,554
        REGISTERED: February 25, 2000
        FIRST USE IN STATE: 1996
        FIRST USE ANYWHERE: 1996
        REGISTRANT(S): **SOIL SPRAY AID INC.** , (A Washington Corporation),
        2196 STONERIDGE, MOSES LAKE, WA (Washington), 98837
        Telephone: 509-765-4811
        MANNER OF DISPLAY: ON CONTAINER OF SEED TREATMENT (BAGS, GALLONS,
        LABELS) IN REFERENCE OF PRODUCT NAME

**4/9/6**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

01428738
**GO PLAY OUTSIDE**    and Design
    T&T INTL CLASS:  35 (Advertising & Business Services)
            41 (Education & Entertainment Services)

    T&T U.S. CLASS: 101 (Advertising & Business Services)
            107 (Education & Entertainment Services)
    STATE: Washington
    STATUS: Registered
    GOODS/SERVICES: SALE OF VARIOUS GOODS TO PROMOTE OUTDOOR
      RECREATION AND ETHICAL USE OF THE OUTDOORS IN WASHINGTON, AND
      TO PROMOTE OUTDOOR RECREATION, CLINICS, WORKSHOPS, EXPOSTIONS,
      EVENTS AND PARTNERSHIPS
    REG. NO.: 30,682
    REGISTERED: June 14, 2002
    FIRST USE IN STATE: April 2001
    REGISTRANT(S):  **SOIL SPRAY AID, INC.** , (A Washington Corporation)
      , 2196 STONERIDGE ROAD, MOSES LAKE, WA (Washington), 98837
      Telephone: 509-465-4611
    MANNER OF DISPLAY: USED ON OUTDOOR CLOTHING AND WEARING APPAREL,
      PRINTED AND WEB BASED REPORTS, REFERENCE GUIDES, BROCHURES AND
      SUMMARIES, PROMOTIONAL LOGO GOODS SUCH AS LANYARDS, LICENSE
      HOLDERS, REARVIEW MIRROR HANGERS, MUGS, CUPS, KEY CHAINS,
      OUTDOOR SURVEY


**4/9/7**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

01285829
**HYDRO PROD**
    T&T INTL CLASS:  31 (Natural Agricultural Products)
    T&T U.S. CLASS:   1 (Raw Or Partly Prepared Materials)
            46 (Foods & Ingredients of Foods)
    STATE: Washington
    STATUS: Registered
    GOODS/SERVICES: Not Available
    REG. NO.: 27,100
    REGISTERED: May 26, 1998
    FIRST USE IN STATE: 1996
    REGISTRANT(S): **SOIL SPRAY AID INC.** , (A Washington Corporation),
      2196 STONERIDGE RD., MOSES LAKE, WA (Washington), 98837
      Telephone: 509-765-4611
    MANNER OF DISPLAY: USED AS NAME OF PRODUCT FOR MARKETING

4/9/8

DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

 01285826
**LAWN PROD**
    T&T INTL CLASS:  31 (Natural Agricultural Products)
    T&T U.S. CLASS:  1 (Raw Or Partly Prepared Materials)
            46 (Foods & Ingredients of Foods)
    STATE: Washington
    STATUS: Registered
    GOODS/SERVICES: Not Available
    REG. NO.: 27,097
    REGISTERED: May 26, 1998
    FIRST USE IN STATE: 1998
    REGISTRANT(S):  **SOIL SPRAY AID INC.** , (A Washington Corporation),
     2196 STONERIDGE RD., MOSES LAKE, WA (Washington), 98837
     Telephone: 509-765-4611
    MANNER OF DISPLAY: USED AS NAME OF PRODUCT FOR MARKETING


 4/9/9

DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

 01285827
**PROD HP**
    T&T INTL CLASS:  31 (Natural Agricultural Products)
    T&T U.S. CLASS:  1 (Raw Or Partly Prepared Materials)
            46 (Foods & Ingredients of Foods)
    STATE: Washington
    STATUS: Registered
    GOODS/SERVICES: Not Available
    REG. NO.: 27,098
    REGISTERED: May 26, 1998
    FIRST USE IN STATE: 1998
    REGISTRANT(S):  **SOIL SPRAY AID INC.** , (A Washington Corporation),
     2196 STONERIDGE RD., MOSES LAKE, WA (Washington), 98837
     Telephone: 509-765-4611
    MANNER OF DISPLAY: USED AS NAME OF PRODUCT FOR MARKETING


 4/9/10

DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

 01285831
**SEA PROD**
    T&T INTL CLASS:  31 (Natural Agricultural Products)
    T&T U.S. CLASS:  1 (Raw Or Partly Prepared Materials)
            46 (Foods & Ingredients of Foods)
    STATE: Washington

STATUS: Registered
GOODS/SERVICES: Not Available
REG. NO.: 27,102
REGISTERED: May 26, 1998
FIRST USE IN STATE: 1996
FIRST USE ANYWHERE: 1996
REGISTRANT(S): **SOIL SPRAY AID INC.**, (A Washington Corporation),
   2196 STONERIDGE RD., MOSES LAKE, WA (Washington), 98837
   Telephone: 509-765-4611
MANNER OF DISPLAY: USED AS NAME OF PRODUCT FOR MARKETING


**4/9/11**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

   01431741
**SEED PROD+**    and Design
      T&T INTL CLASS:  1 (Chemicals)
      T&T U.S. CLASS:  1 (Raw Or Partly Prepared Materials)
            5 (Adhesives)
            6 (Chemicals & Chemical Compositions)
            10 (Fertilizers)
      STATE: Nevada
      STATUS: Registered
      GOODS/SERVICES: SEED TREATMENT PRODUCTS
      REGISTERED: July 2, 2002
      FIRST USE IN STATE: 1992
      FIRST USE ANYWHERE: 1992
      FILING BOOK: 34 page 843
      REGISTRANT(S): **SOIL SPRAY AID, INC.**, (A Corporation), 2196
         STONERIDGE RD., MOSES LAKE, WA (Washington), 98837


**4/9/12**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

   01428121
**SEED PROD+**
      T&T INTL CLASS:  1 (Chemicals)
            31 (Natural Agricultural Products)
      T&T U.S. CLASS:  1 (Raw Or Partly Prepared Materials)
            5 (Adhesives)
            6 (Chemicals & Chemical Compositions)
            10 (Fertilizers)
            46 (Foods & Ingredients of Foods)
      STATE: Idaho
      STATUS: Registered
      GOODS/SERVICES: SEED TREATMENT PRODUCT
      REG. NO.: 17,271
      REGISTERED: July 8, 2002

FIRST USE IN STATE: 1992
REGISTRANT(S):  **SOIL SPRAY AID, INC.**, 2196 STONERIDGE RD, MOSES
LAKE, WA (Washington), 98837


**4/9/13**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.


01285832
**SOIL PROD**
T&T INTL CLASS:  31 (Natural Agricultural Products)
T&T U.S. CLASS:   1 (Raw Or Partly Prepared Materials)
46 (Foods & Ingredients of Foods)
STATE: Washington
STATUS: Registered
GOODS/SERVICES: Not Available
REG. NO.: 27,103
REGISTERED: May 26, 1998
FIRST USE IN STATE: 1998
REGISTRANT(S):  **SOIL SPRAY AID INC.**, (A Washington Corporation),
2196 STONERIDGE RD., MOSES LAKE, WA (Washington), 98837
Telephone: 509-765-4611
MANNER OF DISPLAY: USED AS NAME OF PRODUCT FOR MARKETING


**4/9/14**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.


01019516
**SOIL SPRAY AID INC.**     and Design
T&T INTL CLASS:  1 (Chemicals)
T&T U.S. CLASS:  1 (Raw Or Partly Prepared Materials)
5 (Adhesives)
6 (Chemicals & Chemical Compositions)
10 (Fertilizers)
STATE: Washington
STATUS: Expired
GOODS/SERVICES: FERTILIZERS
REG. NO.: 15,036
REGISTERED: May 23, 1984
FIRST USE IN STATE: January 5, 1984
FIRST USE ANYWHERE: January 5, 1984
EXPIRED: May 23, 1994
REGISTRANT(S):  **SOIL SPRAY AID INC.**, 520 RD. 2 N.E. STAR RT.,
MOSES LAKE, WA (Washington), 98837
MANNER OF DISPLAY: APPLIED DIRECTLY TO THE GOODS, TO TAGS OR
LABELS ACCOMPANYING THE GOODS, TO THE CONTAINERS FOR THE GOODS,
SHOWN ON DISPLAYS ASSOCIATED WITH THE GOODS, FERTILIZER AND
FERTILIZERS.
DESIGN PHRASE: THE WORD SOIL SPRAY AID WITH THE FLASH AND TWO

TEST TUBES. ON THE TEST TUBES ARE A DRAWING OF THE CULTURES, ONE IS OVAL SHAPED WITH A DARK SPOT IN IT, THE OTHER HAS A CHAIN LOOK WITH A CIRCLE IN THE MIDDLE. THE FLASK IS SHADED AT THE BOTTOM AND HAS TWO TUBES COMING OUT OF IT.

**4/9/15**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

01020130
**SOIL SPRAY AID INC. SUPER COVER CROP**
T&T INTL CLASS:  1 (Chemicals)
T&T U.S. CLASS:  1 (Raw Or Partly Prepared Materials)
   5 (Adhesives)
   6 (Chemicals & Chemical Compositions)
   10 (Fertilizers)
STATE: Washington
STATUS: Expired
GOODS/SERVICES: FERTILIZER
REG. NO.: 15,651
REGISTERED: March 18, 1985
FIRST USE IN STATE: February 1980
FIRST USE ANYWHERE: February 1980
EXPIRED: March 18, 1995
REGISTRANT(S):  **SOIL SPRAY AID INC.** , 520 RD. 2 N.E. STAR RT., MOSES LAKE, WA (Washington), 98837
MANNER OF DISPLAY: APPLIED DIRECTLY TO THE GOODS, TO TAGS OR LABELS ACCOMPANYING THE GOODS, TO THE CONTAINERS FOR THE GOODS, SHOWN ON DISPLAYS ASSOCIATED WITH THE GOODS, LITERATURE, FERTILIZER AND ADVERTIZEMENT, LITERATURE, FERTILIZERS, AND ADVERTIZEMENTS

**4/9/16**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

01019773
**SOIL SPRAY AID INC. SUPER CROP FEED**    Stylized Letters
T&T INTL CLASS:  1 (Chemicals)
T&T U.S. CLASS:  1 (Raw Or Partly Prepared Materials)
   5 (Adhesives)
   6 (Chemicals & Chemical Compositions)
   10 (Fertilizers)
STATE: Washington
STATUS: Expired
GOODS/SERVICES: FERTILIZER
REG. NO.: 15,293
REGISTERED: September 7, 1984
FIRST USE IN STATE: March 1980
FIRST USE ANYWHERE: March 1980

EXPIRED: September 7, 1994
REGISTRANT(S):  **SOIL SPRAY AID INC.** , 520 RD. 2 N.E. STAR RT.,
 MOSES LAKE, WA (Washington), 98337
MANNER OF DISPLAY: APPLIED DIRECTLY TO THE GOODS, TO TAGS OR
 LABELS ACCOMPANYING THE GOODS, TO THE CONTAINERS FOR THE GOODS,
 SHOWN ON DISPLAYS ASSOCIATED WITH THE GOODS, LITERATURE,
 FERTILIZER AND ADVERTISEMENT.


**4/9/17**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

  01019403
**SOIL SPRAY AID INC. SUPER SEED FEED**    Stylized Letters
 T&T INTL CLASS:  1 (Chemicals)
 T&T U.S. CLASS:  1 (Raw Or Partly Prepared Materials)
   5 (Adhesives)
   6 (Chemicals & Chemical Compositions)
   10 (Fertilizers)
 STATE: Washington
 STATUS: Expired
 GOODS/SERVICES: FERTILIZER
 REG. NO.: 14,922
 REGISTERED: March 21, 1984
 FIRST USE IN STATE: 1980
 FIRST USE ANYWHERE: 1980
 EXPIRED: March 21, 1994
 REGISTRANT(S):  **SOIL SPRAY AID INC.** , 520 RD. 2 N.E. STAR RT.,
  MOSES LAKE, WA (Washington), 98337
 MANNER OF DISPLAY: APPLIED DIRECTLY TO THE GOODS, TO TAGS OR
  LABELS ACCOMPANYING THE GOODS, TO THE CONTAINERS FOR THE GOODS,
  SHOWN ON DISPLAYS ASSOCIATED WITH THE GOODS, ON LITERATURE,
  FERTILIZER, ADVERTISEMENTS


**4/9/18**
DIALOG(R)File 246:TRADEMARKSCAN(R)-U.S. State
(c) 2002 Thomson & Thomson. All rts. reserv.

  01285828
**UN-BUG**
 T&T INTL CLASS:  31 (Natural Agricultural Products)
 T&T U.S. CLASS:  1 (Raw Or Partly Prepared Materials)
   46 (Foods & Ingredients of Foods)
 STATE: Washington
 STATUS: Registered
 GOODS/SERVICES: Not Available
 REG. NO.: 27,099
 REGISTERED: May 26, 1998
 FIRST USE IN STATE: 1997
 REGISTRANT(S):  **SOIL SPRAY AID INC.** , (A Washington Corporation),

2196 STONERIDGE RD., MOSES LAKE, WA (Washington), 98837
Telephone: 509-765-4611
MANNER OF DISPLAY: USED AS NAME OF PRODUCT FOR MARKETING

? SAVE TEMP
Temp SearchSave "TD195" stored

## *U.S. Federal Trademark Applications/Registrations*
## *Company: Soil Spray Aid, Inc.*
## *December 11, 2002 (GCA)*

File 226:TRADEMARKSCAN(R)-US FED  OG=021210/AP=021122
    (c) 2002 Thomson & Thomson

? S CO=SOIL SPRAY AID, INC.
   S1    0  CO=SOIL SPRAY AID, INC.
? E CO=SOIL SPRAY

**0 Records containing the company Soil Spray Aid, Inc.:**

| Ref | Items | Index-term |
|-----|-------|------------|
| E1 | 2 | CO=SOIL SHIELD INTERNATIONAL, INC. |
| E2 | 4 | CO=SOIL SOLUTIONS CORPORATION |
| **E3** | **0** | **\*CO=SOIL SPRAY** |
| E4 | 4 | CO=SOIL STABILIZATION PRODUCTS CO., INC. |
| E5 | 2 | CO=SOIL STABILIZATION PRODUCTS COMPANY, INC |
| E6 | 9 | CO=SOIL STABILIZATION PRODUCTS COMPANY, INC. |
| E7 | 2 | CO=SOIL STEWARD, INCORPORATED |
| E8 | 1 | CO=SOIL SYSTEMS TECHNOLOGY CORP. |
| E9 | 1 | CO=SOIL SYSTEMS, INC. |
| E10 | 1 | CO=SOIL SYSTEMS, INC., CINCINNATI, OHIO |
| E11 | 2 | CO=SOIL SYSTEMS, INC., D.B.A. SSI, MARIETTA, GA. |
| E12 | 1 | CO=SOIL SYSTEMS, INC., MARIETTA, GA. |

    Enter P or PAGE for more
? SAVE TEMP
Temp SearchSave "TD196" stored

tomlinf/soilspray.sr

# EXHIBIT B



# DANO LAW FIRM, P.S.

December 9, 2002

Prod, Inc.
P.O. Box 9272
Moscow, ID 83843

Re:    Soil Spray Aid, Inc. - Seed Prod+

To Whom It May Concern:

We are the attorneys for Soil Spray Aid, Inc. ("Soil Spray"), whose principal offices are located in Moses Lake, Washington.

Soil Spray is the manufacturer of Seed Prod+, a specialized seed treatment product, and are the owners of the trademark "Seed Prod+", which is trademarked in the States of Washington, Idaho, and Nevada.

It is unlawful, without the consent of Soil Spray, for any person or entity to manufacture, use, display, or sell any seed treatment product either advertised as Seed Prod+ or bearing that name on its container or packaging or a colorable imitation thereof.

If you are engaged in any such practices, demand is hereby made upon you to cease doing so immediately.

Very truly yours,

DANO LAW FIRM, P.S.

Brian J. Dano

BJD:cm
cc:    Soil Spray Aid, Inc.

P.O.Box 1159/100 E. Broadway
Moses Lake, Washington 9
Phone 509.765.9285/Fax 766.
E-mail: info@danolawfirr
www.danolawfir