Honorable Alan A. McDonald

Robert J. Carlson
CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
1420 Fifth Avenue
Suite 2800
Seattle, Washington 98101
206.682.8100

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 06 2003

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| Prod, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Soil Spray Aid, Inc., a Washington corporation, <br><br> Defendant. | No. 03-CS-26-AAM <br><br> RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Prod, Inc. hereby states that it is a privately held corporation, and no publicly held corporation owns any portion of Plaintiff's stock.

Dated this __5__ day of __FEBRUARY__, 2003.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC

_____
Robert J. Carlson, WSBA No. 18,455
Attorneys for Plaintiff Prod, Inc.

## ORIGINAL

DISCLOSURE STATEMENT - 1
PRODIPRODI\2383PL1.DOC